UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DUMBO MOVING & STORAGE INC,<br><br>Plaintiff,<br><br>-against-<br><br>PIECE OF CAKE MOVING & STORAGE LLC, SIMPLY MOVING LLC, VOJIN POPOVIC, and STEFAN MARCALI<br><br>Defendants. | Case NO.: 22-cv-03349 (LAP)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Dumbo Moving & Storage Inc., by their attorney Outside Legal Counsel LLP, hereby give notice that the claims in the above-captioned action against PIECE OF CAKE MOVING & STORAGE LLC, SIMPLY MOVING LLC, VOJIN POPOVIC and STEFAN MARCALI, are voluntarily dismissed, without prejudice.

Dated: New York, New York
May 17, 2022

OUTSIDE LEGAL COUNSEL LLP

*/s/ Yogendra Patel*

Yogendra "Yogi" Patel
369 Lexington Ave, 3rd, Fl
New York, NY 10017
(212)-729-4266 (Tel)
(212)-729-4299 (Fax)
yp@outside-legal.com
Attorneys for Plaintiff